UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JAIME CORTEZ                                          )          CIVIL ACTION NO.
                                                                     A:09-CA-642-SS
V.                                                          )

TOLTECA ENTERPRISES, INC., dba
PHOENIX RECOVERY GROUP                    )

## MOTION AND STIPULATION FOR DISMISSAL

Plaintiff and Defendant jointly file this motion and stipulation of dismissal under Federal

Rule of Civil Procedure 41(a)(1)(ii).

1.  Plaintiff and Counter-Defendant is Jaime Cortez.

2. Defendant and Counter-Plaintiff is Tolteca Enteprises, Inc., dba Phoenix Recovery Group.

3.  Plaintiff and Defendant move to dismiss the suit as the parties have entered into a

Settlement and Mutual Release Agreement disposing of all issues and claims concerning this lawsuit.

4.  As part of this stipulation, Defendant dismisses its Counter-Claim and its claim for

sanctions against Plaintiff for failure to make discovery.

5.  This case is not a class action.

6.  A receiver has not been appointed in this action.

7.  This case is not governed by any federal statute requiring an order of the court for

dismissal of the case.

8.  The parties stipulate to a dismissal with prejudice to refiling.

Respectfully submitted,

S/Tom Clarke
Texas Bar # 04318600
8026 Vantage Drive, Suite 125A
San Antonio, Texas 78230

210/340-8448
210/348-7946 Fax
Attorney for Tolteca Enterprises, Inc.
dba Phoenix Recovery Group

S/Jaime Cortez
P.O. Box 4675
Austin, Texas 78765
512/775-0961
jvcortez@hotmail.com
Plaintiff Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JAIME CORTEZ                                    )        CIVIL ACTION NO.
                                                              A:09-CA-642-SS
V.                                              )

TOLTECA ENTERPRISES, INC., dba
PHOENIX RECOVERY GROUP                          )

**ORDER OF DISMISSAL**

Before the court is the Motion and Stipulation to Dismiss.  Finding that the parties have

jointly moved for dismissal with prejudice and that the parties have agreed to settle this case, the

court finds and is of the opinion that the motion should be and is GRANTED.

IT IS, THEREFORE ORDERED that the above entitled and numbered cause is dismissed

with prejudice to its refiling.  All costs are adjudged against the party who incurred them.

Signed on _____, 2010.


                                                 _____
                                                 U.S. DISTRICT JUDGE


Agreed to:


S/TOM CLARKE
Texas Bar No. 04318600
8026 Vantage Drive, Suite 125A
San Antonio, Texas 78230
Attorney for Tolteca Enterprises, Inc.


S/JAIME CORTEZ
P.O. Box 4675
Austin, Texas 78765
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JAIME CORTEZ                                    )        CIVIL ACTION NO.
                                                             A:09-CA-642-SS
V.                                              )

TOLTECA ENTERPRISES, INC., dba
PHOENIX RECOVERY GROUP          )

## ORDER MOOTING STATUS CONFERENCE

The February 23, 2010 Status Conference is moot and is canceled because the parties have

agreed to dismiss this case and the Court has entered its Order of Dismissal.

Signed on_____, 2010.


                                    _____
                                    U.S. DISTRICT JUDGE